IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02153-CMA-BNB

VICKI L. ENO,

Plaintiff,

v.

COLLECTIONCENTER, INC., a foreign corporation,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before November 15, 2011, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated November 1, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge