IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02153-CMA-BNB

VICKI L. ENO,

    Plaintiff,

v.

COLLECTIONCENTER, INC., a foreign corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulated Motion to Dismiss With Prejudice (Doc. # 15), signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney fees.

DATED:  November   22  , 2011

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge